IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHASEN OTT,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-0532
LT Case Nos. 2015-CF-1017
          2016-CF-87

_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Amanda C. Micallef, of Amanda C.
Micallef, P.A., Ocala, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS and KILBANE, JJ., concur.